UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 48TH AMERICAS LLC,<br><br>         Plaintiff/ Counterclaim Defendant<br><br>    -against-<br><br>THE GAP, INC.<br><br>         Defendant/ Counterclaimant. | Case No. 20-cv-3471 (PGG)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on _____ at _____ a.m., or as soon thereafter as the matter may be heard at the above-entitled court, Defendant/ Counterclaimant The Gap, Inc. ("Gap") will bring on for hearing its motion to stay pending decision by multidistrict litigation panel to accept transfer of federal court actions under 28 U.S.C. § 1407, *see In re COVID-19 Gap Lease Payment Litigation*, MDL No. 2960 (the "Motion").

This Motion is based on the accompanying memorandum of law and the Declaration of Jennifer Rondholz, Senior Director of Real Estate of Gap.

Dated:  New York, New York
        August 17, 2020

Respectfully submitted,

**DAVIS & GILBERT LLP**

By: */s/ Joshua H. Epstein*
Joshua H. Epstein
Jesse B. Schneider
1740 Broadway
New York, NY 10019
jepstein@dglaw.com
jschneider@dglaw.com
(212) 468-4800

**ROBINS KAPLAN LLP**

Lisa M. Coyle (LC-6750)
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400

Michael A. Geibelson (*pro hac vice* forthcoming)
Daniel Allender (*pro hac vice* forthcoming)
Robins Kaplan LLP
2049 Century Park East Ste. 3400
Los Angeles, CA 90067
(310) 550-0130

*Attorneys for The Gap, Inc.*

TO: Efrem Zevi Fischer
    Klein Law Group CRE, PLLC
    275 Madison Avenue
    Ste 33rd Floor
    New York, NY 10016
    efrem@kleinlawgroupny.com

    *Attorneys for 48th Americas LLC*