UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

48th Americas, LLC,

                                                      Plaintiff,

v.

THE GAP, INC.,

                                                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 20-CV-03471 (PGG)
(SN)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant The Gap, Inc. ("Defendant") and Plaintiff 48th Americas, LLC ("Plaintiff," and together with Defendant, the "Parties") by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: February 2, 2021

ROBINS KAPLAN LLP

By: Lisa M. Coyle
Attorneys for Defendant
399 Park Avenue
Suite 3600
New York, NY 10022
Telephone: (212) 980-7468

Dated: February 2, 2021

THE KLEIN LAW GROUP CRE, PLLC

By: Efrem Z. Fischer
Attorneys for Plaintiff
275 Madison Avenue, 33rd Floor
New York, NY 10016
Telephone: (212) 661-9400